**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1506**

ANDREA RENE'E TOOTLE,

Plaintiff - Appellant,

v.

BEAUX ART INSTITUTE OF PLASTIC SURGERY; DR. NIA BANKS,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. James K. Bredar, Chief District Judge. (1:17-cv-01684-JFM)

Submitted: September 20, 2018                    Decided: October 4, 2018

Before NIEMEYER, KING, and FLOYD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Andrea Renée Tootle, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andrea Renée Tootle seeks to appeal the district court's order denying her Fed. R. Civ. P. 60(b) motion to reconsider the dismissal without prejudice of her civil action.  We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6).  "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on April 2, 2018.  The notice of appeal was filed on May 3, 2018, one day late.  Because Tootle failed to file a timely notice of appeal or obtain an extension or reopening of the appeal period, we dismiss the appeal.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*